UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00018-JPH-TAB |
| MANUEL VASQUEZ-SOTO, | ) ) | -02 |
| Defendant. | ) ) | |

**ENTRY FOR JANUARY 13, 2021**

On this date, Defendant Marco Antonio Quinonez-Vasquez appeared in person and by counsel, Jonathan Bont, for a sentencing hearing. The government appeared by counsel, Assistant United States Attorney, Bradley Blackington. Brittany Neat appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter, Jodie Franzen. Elizabeth Sanchez was sworn in as interpreter.

The Court reviewed the presentence investigation report. There were no objections. The parties were heard with respect to the sentence, application of the Sentencing Guidelines and application of 18 U.S.C. § 3553(a) factors. For the reasons stated, Defendant was sentenced to 41 months' imprisonment and three years' supervised release. A fine of $500.00 was imposed with interest waived. A special assessment of $200.00 was imposed. The government moved to dismiss the previous Indictment, which motion was GRANTED. Defendant was remanded to the custody of the U.S. Marshal. The Judgment is forthcoming.

Distribution:

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov

Jonathan A. Bont
PAGANELLI LAW GROUP
jon@paganelligroup.com